ANNA MALEK, as Administratrix of the Estate of EDWARD MALEK, Deceased, Respondent, v. CITY OF NEW YORK, Appellant, et al., Defendants.—

There is no showing of indigence which warrants the granting of the motion. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.